**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BMO BANK N.A., | Case No. 5:25-cv-02590-MWC-SP |
| Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| | |
| AMANDEEP SINGH POUAR, an individual, | |
| Defendant. | |

Pursuant to the Court's Civil Minutes granting BMO Bank N.A.'s ("Plaintiff") Motion for Default Judgment, *see* Dkt. # 24, the Court **ENTERS JUDGMENT** in favor of Plaintiff against Defendant AMANDEEP SINGH POUAR, an individual ("Defendant") as follows:

Pursuant to this Judgment, Defendant is **ORDERED** to pay Plaintiff damages in the amount of **$119,930.46** which includes the principal amount of $98,572.08, interest of $16,905.16, attorney's fees of $3,932.50, and court costs of $520.72.

Lastly, because Plaintiff has shown that it is entitled to repossession of the relevant vehicles, the Court awards repossession of the following vehicles, in accordance with Plaintiff's motion for default judgment: (1) 2019 Wabash Refrigerated Vans 53' (Vehicle ID No. 1JJV532B0KL156166) with 2019 Thermo King S-600 (Serial ID 6001273440); and (2) 2022 Utility Refrigerated Vans 53' (Vehicle ID No. 1UYVS2533N2662506) with 2021 Thermo King S-600 (Serial ID 6001350443).  In the event Plaintiff recovers the Vehicles, Plaintiff shall sell the Vehicles in a commercially reasonable manner and file a partial satisfaction of judgment in the amount of the net proceeds from the sale.

**IT IS SO ORDERED.**

DATED: February 13, 2026

_____
Honorable Michelle Williams Court
United States District Judge